UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HERRERA GONZALEZ, on behalf of himself and all others similarly situated, and the general public,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAT AIRLINE GROUND SUPPORT, INC. an Alabama corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 24-cv-03652-MMC<br><br>Assigned to Hon. Maxine M. Chesney<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed: May 9, 2024 |

## [~~PROPOSED~~] ORDER

The Parties' Joint Stipulation For Dismissal of Plaintiff's Individual Claims With Prejudice and Class Claims Without Prejudice is GRANTED. Plaintiff's individual claims are dismissed with prejudice and Plaintiff's class claims as to other putative class members are dismissed without prejudice. The Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2025

_____
Honorable Maxine M. Chesney